# FILED

04/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0673

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| CASCADE COUNTY,<br><br>        Appellant/Cross-Appellee,<br><br>vs.<br><br>MONTANA PETROLEUM TANK<br>RELEASE COMPENSATION BOARD,<br><br>        Appellee/Cross-Appellant. | **Cause No.:  DA 19-0673**<br><br><br>**ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD** |

Appellant/Cross-Appellee Cascade County having filed an *Unopposed Motion to Supplement the Record*, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED.  The record on appeal before this Court is supplemented to include the complete copy of Exhibit 5 to the July 9, 2018 Stipulated Facts (Document No. 35 in the District Court record) attached to Appellant's Motion.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 24 2020